IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UTICA MUTUA INSURANCE COMPANY, a/s/o TREDFFRIN/EASTOWN SCHOOL DISTRICT,<br><br>Plaintiff,<br><br> *v.*<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO.  25-5867-KSM |

**ORDER**

**AND NOW**, this 9th day of June, 2026, upon consideration of Defendant JP Morgan Chase Bank N.A. ("Chase Bank") and Pennsylvania Local Government Investment Trust's ("PLGIT's) motions to dismiss (Doc. Nos. 32, 34) and Plaintiff's oppositions (Doc. Nos. 35, 43), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motions to dismiss are **GRANTED** as follows:

1.      Plaintiff's claims for negligence, conversion, and strict liability against Defendant Chase Bank (Counts IV, V, and VI) are **DISMISSED WITH PREJUDICE.**

2.      Plaintiff's claims for negligence and breach of contract against Defendant PLGIT (Counts VII and VIII) are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.